# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-81519-ROSENBERG

BRIANCA T. ADAMS,

    Plaintiff,

v.

SKY BLUE FINANCIAL SERVICES,
INC., d/b/a SKY BLUE CREDIT,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice at docket entry 10. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of January, 2024.

                                                     ROBIN L. ROSENBERG
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record